# United States District Court
### for the
### Western District of New York

United States of America

v.

**FLOAREA LINU and ROMARIO SERBAN,**

*Defendants*

Case No. 24-MJ-534

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **FLOAREA LINU**, who is accused of offenses or violations based on the following document filed with the Court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

There is probable cause to believe that FLOAREA LINU knowingly violated 18 U.S.C. §§ 1029(a)(2) (Trafficking in or Use of Unauthorized Access Devices); 1029(b) (Conspiracy to Traffic in or Use Unauthorized Access Devices); 1029(a)(3) (Possession of 15 or more Counterfeit or Unauthorized Access Devices); 1029(b) (Conspiracy to Possess 15 or more Counterfeit or Unauthorized or Access Devices); 1343 (Wire Fraud); and 1349 (Conspiracy to Commit Wire Fraud).

Date: April 10, 2024

*Issuing officer's signature*

City and State: Rochester, New York

MARK W. PEDERSEN
U.S. Magistrate Judge
*Printed name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____, at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |